UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

**Case No.:** 2;22-cv-04484-FLA-BFM   **Date:** July 7, 2023

**Title:** *Omar King v. Kingsley, et al.*

==================================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   **(In Chambers) Order to Show Cause Why Case Should Not Be Dismissed**

On April 18, 2023 (ECF 33), the previously assigned Magistrate Judge granted Plaintiff's request for an extension of time to file an opposition to Defendants' Motion for Partial Summary Judgment and Motion to Dismiss (ECF 28). The Court informed Plaintiff that his opposition to the Motion for Partial Summary Judgment and Motion to Dismiss was due no later than June 26, 2023. (ECF 33.) Plaintiff was also informed that no further extension will be granted absent a specific showing of good cause. (ECF 33.)

As of the date of this Order, Plaintiff has not submitted an opposition to the Motion for Partial Summary Judgment and Motion to Dismiss, or otherwise responded to the Court's prior order. His deadline to do so has passed. Given Plaintiff's pro se status, however, the Court will give him one last chance.

**No later than July 28, 2023**, Plaintiff is ordered to show cause why Defendants' Motion for Partial Summary Judgment and Motion to Dismiss should not be granted and/or why this case should not be dismissed for lack of prosecution and/or for failure to comply with Court orders. Filing of an

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

**Case No.:**  2;22-cv-04484-FLA-BFM          **Date:**  July 7, 2023

**Title:**  *Omar King v. Kingsley, et al.*

opposition to the Motion for Partial Summary Judgment and Motion to Dismiss shall be deemed compliance with this Order to Show Cause.

**Petitioner is again advised (*see also* ECF 30) that failure to timely oppose the Motion for Partial Summary Judgment and Motion to Dismiss may be construed as consent to the granting of the Motion for Partial Summary Judgment and Motion to Dismiss and will result in dismissal of the action**. Local Rule 7-12.

**IT IS SO ORDERED.**


cc:   Omar King, pro se
      Audra C. Call, CAAG


Initials of Preparer:   ch