UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR KING,<br><br>                    Plaintiff,<br><br>            v.<br><br>L. KINGSLEY, *et al.*,<br><br>                    Defendants. | Case No. 2:22-cv-04484-FLA (BFM)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [DKT. 113]** |

1

Pursuant to 28 U.S.C. § 636, the court has reviewed the First Amended Complaint, Dkt. 6, the records and files herein, and the Magistrate Judge's Report and Recommendation ("Report"), Dkt. 113.  No objections to the Report were filed.  The court ACCEPTS the Report and the Magistrate Judge's recommendations contained therein.

The court hereby ORDERS as follows:

1.  The Report is ACCEPTED.

2.  Defendant L. Kingsley's Motion for Summary Judgment, Dkt. 102, is GRANTED.

3.  The action is DISMISSED with prejudice.

4.  Judgment shall be ENTERED.

5.  The Clerk of the Court shall serve this Order and the Judgment on all counsel or parties of record.

IT IS SO ORDERED.

Dated: February 17, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge