JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

OMAR KING,

                Plaintiff,

      v.

L. KINGSLEY, *et al.*,

                Defendants.

Case No. 2:22-cv-04484-FLA (BFM)

**JUDGMENT**

Pursuant to the Order Accepting the Report and Recommendation of United States Magistrate Judge, it is ADJUDGED that the action is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: February 17, 2026



_____

FERNANDO L. AENLLE-ROCHA
United States District Judge